# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1761.  KEOLA PASTEURE v. STATE FARM FIRE AND CASUALTY COMPANY.**

In this action arising from an automobile collision, the trial court granted summary judgment to State Farm Fire and Casualty Company in July 2025. More than eight months later, in March 2026, plaintiff Keola Pasteure filed a notice of appeal to this Court. However, a notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739(4) (734 SE2d 560) (2012). Because Pasteure failed to meet this 30-day deadline, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/29/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*